IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

THOMAS BAUER, et al.,           )
                                )
      Plaintiffs,         )
                                )
v.                              ) Case No. C03-4110-DEO
                                )
BURLINGTON NORTHERN AND         )
SANTA FE RAILWAY COMPANY,       )
                                )
      Defendant.          )

## THE UNITED STATES' CROSS-MOTION FOR A PROTECTIVE ORDER AND RESISTANCE TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PROHIBITING INTERFERENCE BY THE FEDERAL RAILROAD ADMINISTRATION WITH PLAINTIFFS' EXPERT WITNESSES

COMES NOW the United States, by and through its undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully moves for a protective order precluding former Federal Railroad Administration employees George Gavalla, Bruce Fine, and Paul Byrnes, Esq., from testifying at the November 9, 2005 evidentiary hearing and limiting disclosure of any information by Messrs. Gavalla, Fine, and Byrnes to the authority granted by the United States Department of Transportation ("DOT") in accordance with 49 C.F.R. Part 9, a.k.a. the "Touhy" regulations.

The United States submits that the Court is without jurisdiction to permit the former FRA employees to testify contrary to FRA's decision denying plaintiffs' request for their testimony at the hearing, the agency's decision is not "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" under the Administrative Procedure Act, 5 U.S.C. §§ 551 et seq., and the Ethics in Government Act, 18 U.S.C. § 207, precludes the former employees from "switching sides" in a matter in which the

Government has a direct and substantial interest. The Government further maintains that the Court should stay plaintiffs' discovery pending its determination of the Burlington Northern and Santa Fe Railway Company's (now BNSF Railway Company) dispositive motion under Fed. R. Civ. P. 12(b)(1). In support of the Government's Cross-Motion for a Protective Order ("Cross-Motion"), the Court is respectfully referred to the accompanying Memorandum of Points and Authorities, with exhibits attached thereto.

Pursuant to Fed. R. Civ. P. 26(c) and N.D. IA LR 37.1, FRA Senior Trial Attorney Jonathan Kaplan conferred with Charles Collins, Esq., counsel for plaintiffs, on October 12, 2005, about Plaintiffs' Motion for a Protective Order Prohibiting Interference by the Federal Railroad Administration with Plaintiffs' Expert Witnesses and the Government's Cross-Motion in an attempt to narrow or resolve the outstanding issues present in these motions. The undersigned submits that the attorneys were unable to reach an agreement. (A copy of Declaration of Jonathan Kaplan, FRA Senior Trial Attorney, which was executed on Oct.18, 2005, is attached hereto as Government Exhibit A.)

WHEREFORE, the United States respectfully requests that the Court preclude the testimony of the former FRA employees at the November 9, 2005 hearing and limit

2

their disclosure of information in accordance with DOT's <u>Touhy</u> regulations.

                         Respectfully submitted,

                         CHARLES W. LARSON, SR.
                         United States Attorney


                         By: /s/ Martha A. Fagg

                         MARTHA A. FAGG
                         Assistant United States Attorney
                         600 4th Street, Suite 670
                         Sioux City, IA 51101
                         712-255-6011
                         712-252-2034 (fax)
                         martha.fagg@usdoj.gov
                         usao.ian-civ-dc-sc@usdoj.gov
                         Direct Contact Email:Address:
                         carolynn.mcentaffer@usdoj.gov

OF COUNSEL:
S. MARK LINDSEY
Chief Counsel
MICHAEL T. HALEY
Deputy Chief Counsel
MARK TESSLER
Assistant Chief Counsel for Safety
BILLIE A. STULTZ
Deputy Assistant Chief Counsel for Safety
JONATHAN L. KAPLAN
Senior Trial Attorney

3

CERTIFICATE OF SERVICE

I certify that I mailed/electronically mailed/hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on October 19, 2005

UNITED STATES ATTORNEY

BY: s/ Carol McEntaffer

COPIES TO:

Scott H. Peters, Esq.
PETERS LAW FIRM, P.C.
233 Pearl Street
P.O. Box 1078
Council Bluffs, IA 51502-1078

Harry Zanville, Esq.
500 West Harbor Drive, Suite1213
San Diego, CA 92101
harrywz@cox.net

Charles A. Collins, Esq.
CHARLES A. COLLINS, P.A.
Labor and Professional Centre
411 Main Street, Suite 410
St. Paul, MN 55102
chas@citilink.com
Attorneys for Plaintiffs

David M. Pryor, Esq.
BNSF Railway Company
2500 Lou Menk Drive, AOB-3
Fort Worth, TX 76131-2828
david.pryor@bnsf.com

Mary Funk, Esq.
Thomas Cunningham, Esq.
NYEMASTER, GOOD, WEST,
   HANSEL & O'BRIEN, P.C.
700 Walnut, Ste. 1600
Des Moines, IA 50309
mef@nyemaster.com

Donald J. Munro, Esq.
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, D.C. 20001
dmunro@goodwinprocter.com
Attorneys for BNSF Railway Company