IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THOMAS BAUER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. C03-4110-DEO ) |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF JONATHAN KAPLAN

Pursuant to 28 U.S.C. § 1746, I, Jonathan Kaplan, make the following declaration:

1. I am a Senior Trial Attorney for the Federal Railroad Administration ("FRA"), United States Department of Transportation. I have been an FRA attorney since September 1990 and I am currently licensed to practice law in the State of Maryland, the District of Columbia, the United States District Court for the District of Maryland, and the United States District Court for the Western District of Pennsylvania.

2. On October 12, 2005, I telephoned Charles Collins, Esq., about Plaintiffs' Motion for a Protective Order Prohibiting Interference by the Federal Railroad Administration with Plaintiffs' Expert Witnesses and informed him that the United States would file its Cross-Motion for a Protective Order and Resistance to Plaintiffs' Motion for a Protective Order Prohibiting Interference by the Federal Railroad Administration with Plaintiffs' Expert Witnesses ("Cross-Motion") if the Government and plaintiffs could not narrow or resolve the issues relating to the testimony of former FRA employees George Gavalla, Bruce Fine, and Paul Byrnes. Specifically, I proposed that plaintiffs depose

Messrs. Gavalla, Fine, and Byrnes and reserve for judicial review issues relating to expert or opinion testimony and attorney-client and deliberative process privileges after taking the depositions.

3. On October 14, 2005, Mr. Collins declined via e-mail the Government's proposal. Accordingly, we were unable to reach an agreement, necessitating the filing the instant Cross-Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2005.

Jonathan Kaplan
Senior Trial Attorney
Federal Railroad Administration
U.S. Dep't of Transportation
1120 Vermont Ave., N.W.
Mail Stop 10
Washington, D.C. 20590
(202) 493-6042 (ph)
(202) 493-6068 (fax)
jonathan.kaplan@fra.dot.gov