# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 1. Agency Position No. | DTES 4013 |
|---|---|

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription ☒ New ☐ Reestablishment ☐ Other | ☒ Hdqtrs. ☐ Field | Washington, D.C. | Washington, D.C. | |

Explanation (Show any positions replaced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Exempt ☐ Nonexempt | ☒ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | ☐ Yes ☒ No |

| 10. Position Status | 11. Position Is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☐ Competitive ☐ Excepted (Specify in Remarks) ☒ SES (CR) ☐ SES (Gen.) | ☐ Supervisory ☒ Managerial ☐ Neither | ☒ 1-Non-Sensitive ☐ 2-Noncritical Sensitive ☐ 3-Critical Sensitive ☐ 4-Special Sensitive | 14. Agency Use |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | ASSOC. ADMINISTRATOR FOR SAFETY | ES | 0340 | | Ric | 4.8.98 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment
Federal Railroad Administration

a. First Subdivision
Office of the Associate Administrator for Safety

b. Second Subdivision
Immediate Office

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

Signature of Employee (optional)

19. Employee Review - This is an accurate description of the major duties and responsibilities of my position

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statement may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
DONALD M. ITZKOFF
DEPUTY ADMINISTRATOR
Signature: [signed] Donald M. Itzkoff    Date: 3/27/97

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
JOLENE M. MOLITORIS
ADMINISTRATOR
Signature: [signed] Jolene M. Molitoris    Date: 3/31/98

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with most applicable published standards

22. Position Classification Standards Used in Classifying/Grading Position

a. Typed Name and Title of Official Taking Action
Director of Personnel
Signature: [signed]    Date: 4.8.98

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

Pay Level: B

25. Description of Major Duties and Responsibilities (See Attached)

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management

## Associate Administrator for Safety
## ES-0340

**Position Summary**

A major segment of the mission of the Federal Railroad Administration (FRA) pertains to the responsibilities and duties of the incumbent of this position. The Associate Administrator for Safety is responsible for planning, developing and administering an effective and comprehensive agency program to achieve safe, responsible and effective programmatic safety practices and procedures within the railroad industry and its ancillary components. It also includes the development and adoption of interdisciplinary and intermodal partnerships with other modal administrations within the Department of Transportation (DOT) to further seamless transportation safety programs throughout the Nation. The FRA and the Office of Safety are responsible for the enforcement of all Federal laws and related regulations that are designed to promote the overall safety of the National rail network. Under this concept, the Administrator and the Associate Administrator for Safety both function as ambassadors for the Secretary of Transportation and the President of the United States in presenting all the transportation-related safety programs designed for the protection and well being of the American populace.

**Principal Duties and Responsibilities**

1. As the principal programmatic advisor to the FRA Administrator and Deputy Administrator for all aspects of railroad safety, the incumbent makes significant contributions to the development of the National safety programs enforced by the agency. The programs incorporate both long and short duration plans and initiatives affecting FRA interrelationships with top level management of transportation related businesses and also with organized labor associated with the railroad industry and its components. The incumbent is also charged with the responsibility of fostering outreach programs to a variety of organizations that are interested with and affected by safety programs promulgated by the Federal government for rail, highway, air and other activities associated with the dynamic intermodal concepts being pursued by the government and the private sector.

2. The incumbent administers policies and programs that encourage broad constituency participation and promote responsiveness to their problems, concerns and needs. The Associate Administrator will actively support strategic initiatives developed by and for the Secretary of Transportation that impact the railroad industry, railroad safety and safety aspects of intermodal organizations. Utilizing a variety of formats, the Associate Administrator promotes personal and organizational cooperation, internal and external dissemination of information and other similar initiatives to develop an environment of partnership and mutual achievement and respect.

3. Utilizing the services of a wide range of technical railroad safety subject matter experts, the Associate Administrator directs the investigation of railroad accidents in which there is a fatality, substantial property damage, a public interest, or which involve a passenger train. Based upon information developed, reports the facts, conditions and circumstances of such accidents to the National Transportation Safety Board (NTSB). Additionally, through utilizing

this information, determines the basic and contributing causes of an accident and draws conclusions as to whether the accident was caused by a violation of existing rules and regulations or whether new or modified regulations will be necessary to preclude recurrences of similar accidents. Accident investigation reports are utilized by railroad industry components such as carriers, shippers, equipment manufacturers, etc., in considering preventive measures to improve safety in their own operations and/or procedures. The information is also utilized by the Associate Administrator in the conceptualization, adoption and promulgation of new and revised rules and regulations governing the characteristics, operation and maintenance of a wide variety of railroad equipment, appurtenances, systems and operations.

    4. Based upon a solid foundation in the principles of organizational and management techniques, the Associate Administrator directs the establishment of criteria and procedures for accomplishing the inspection, maintenance, correction, reports and certification of all locomotives, cars, appurtenances, signal systems, etc., subject to the rules and regulations issued by the FRA. Inspections may result in orders requiring maintenance, repairs or replacement of basic items of equipment. Rulings are frequently vigorously contested along technical and policy lines, with the Associate Administrator in the forefront of both defending and advancing the FRA position. Utilizing the FRA vanguard of technical subject matters experts, the Associate Administrator directs the formulation of plans for the development, establishment and maintenance of : (a) written procedures for carrying out each type of safety inspection, including appropriate directives; (b) expansion of accident/hazard/deficiency analysis programs; (c) reinspection criteria; and (d) immediate response capabilities.

    5. Directs the review of proposed legislation to determine its impact on rail safety issues, including the conduct of benefit/cost analyses. Implements regulations intended to reduce the frequency rate of accidents attributable to a lack of compliance with operating rules or to misinterpretation of such rules.

    6. In coordination with the Office of the Chief Counsel, directs the FRA's program for the prevention of alcohol and drug abuse in the railroad industry. The Associate Administrator is responsible for substantive technical contributions to FRA's safety regulations concerning alcohol and drug abuse, inspection to monitor compliance with those rules, selection and oversight of a laboratory to test specimens collected under FRA rules and selection and oversight of a contractor to assist in monitoring of the testing laboratory.

    7. Directs the study, development and validation of standards, rules, regulations and procedures governing the shipment of hazardous materials by rail. Provides leadership to assure that controls are issued that govern the transportation by rail of hazardous materials through rulemaking, regulation, inspection and criminal enforcement under applicable Federal legislation. Directs that rules and regulations be issued that control shippers activities, procedures and interrelationships with carriers. Monitors the development, design and testing of various container and tank cars undertaken by railroad equipment manufacturers.

    8. Monitors the established validation program for State rail safety inspectors that has been authorized under the various Railroad Safety Acts since 1970. Monitors participating

States' utilization of FRA procedures and policies and reviews the FRA's provision of advice, guidance and technical training to ensure that the maximum benefit is achieved for the resources expended.

9. Incorporating the latest management philosophies and methodologies, the Associate Administrator monitors the Office of Safety's internal resource allocation systems, workload projections and the inspection coverage standards designed to optimize the work products of the field railroad safety inspector force, augmented by the technical and administrative activities provided by staff members throughout the regional offices and the Washington Headquarters.

10. Directs the rail safety aspects of the rail-highway grade crossing and trespasser prevention programs. Through a number of intermediate supervisors, managers and team chiefs, the Associate Administrator monitors the FRA participation in various State legislative initiatives pertaining to rail crossing safety, the closing of specific rail crossings and the support and management of the "Operation Lifesaver" program.

11. The Associate Administrator is responsible for the expansion and refinement of the currently established initiative to enhance the customer service and partnership relations between the FRA and the railroad industry, its ancillary components, organized labor, the United States Congress, other Federal organizations and activities, State agencies involved with railroad safety and the general public.

12. In conjunction with the Office of the Associate Administrator for Railroad Development ( RDV) and its Office of Research and Development (R&D), the incumbent will participate in the planning and development of safety policies and programs relating to advanced technology for high-speed trains. Safety discipline-specific subject matter experts from the Office of Safety will be available to participate in a variety of cooperative initiatives that address the interests and concerns of the Office of Safety and other interested FRA organizational entities.

13. Through the internal organization of managers, supervisors and team leaders, directs and monitors all administrative, fiscal and operational activities of the Office of Safety. Such responsibilities include:

* making such decisions as may be required to solve problems presented by subordinate managers and supervisors;

* evaluating the job performance of subordinate managers and supervisors;

* as appropriate, initiating and/or reviewing recommendations for promotions, recruitment, performance appraisals, awards, disciplinary actions, etc.

14. In conjunction with the Office of Human Resources, oversees the development of staffing requirements for the Office of Safety in order to fulfill its assigned responsibilities and

taskings. Monitors the various recruitment and special emphasis programs designed to ensure the FRA is in compliance with appropriate Federal programs designed to increase the participation of targeted labor pools.

Performs such other duties as may be assigned.

**Supervision Received**

The Associate Administrator for Safety reports directly to and receives overall supervision and direction from the Administrator and the Deputy Administrator to ensure that plans and programs are consistent with Departmental and Administration policies and strategic positions. The incumbent accomplishes his/her assigned responsibilities and assignments with a minimum of direction and with wide ranging independence of action. Incumbent's performance is reviewed for knowledge of subject, organizational skill and results achieved.

**Special Considerations**

The Federal Railroad Administration has safety responsibility over all segments of the railroad industry. Therefore, the Associate Administrator for Safety should: (1) possess a working knowledge of the legal aspects of large scale government programs; (2) have an understanding of the nature and characteristics of administration in the public service; (3) have demonstrated the ability for developing and executing administrative or technical aspects of programs having a widespread impact on the activities of the governmental jurisdiction and the public; (4) possess experience in matters relating to proposed legislation, including the drafting of proposed rulemaking proposals, standards, etc.; (5) have demonstrated the capability to plan and direct or to plan and execute important or innovative professional safety programs; (6) and have the capability to critically and objectively review policy decisions within the framework of applicable laws, regulations and orders and, most importantly, maintaining the public's trust and confidence in the Federal railroad safety programs.