# Kaplan, Jonathan

| | |
|---|---|
| **From:** | Harry Zanville [harrywz@cox.net] |
| **Sent:** | Tuesday, August 02, 2005 4:31 PM |
| **To:** | Kaplan, Jonathan |
| **Cc:** | chas@citilink.com; Raylineweb@aol.com |
| **Subject:** | Bauer et al v BNSF --testimony of ex-FRA employees |

Jon:

I am honoring my commitment to you to give you notice of our intent to introduce testimony from ex-FRA employees in the Bauer/BNSF case.

The federal court plans to hold evidentiary hearings on two days between September 15-18 in Sioux City, Iowa. This e-mail is my greater than 30 day notice of intent to introduce testimony during that time period from one or more of the following witnesses: George Gavalla, Bruce Fine, and/or Paul Byrnes.

The Court has shown flexibility concerning witness testimony and there may be testimony via video-conference equipment in some situations. We plan to proffer affidavits during the hearing rather than live testimony only if witnesses are unavailable.

The testimony of these witnesses will not exceed the scope of the Amended Complaint, a copy of which you have in your possession. Their testimony will focus, inter alia, on FRA regulations and policies, how FRA regulations and policies are interpreted, the extent and effect of regulated carrier influence upon FRA rule and policy promulgation and enforcement, and the past, current, and future effect of FRA ineffectiveness on worker, shipper, and public safety,

Of course, you know that it is important that we receive the documents requested in our recent FOIA requests substantially before the hearing dates. As our prior exchange of e-mails documented, we expect some of those answers to merely state the truth: that the FRA does not have any records related to such information.

And, as previously stated, we would welcome the appearance of Mr. Lindsay or Mr. Haley in Sioux City at the hearing should either of them change their minds about testifying under oath.

Call me at 619-231-1781 or 619-435-0013 if you have any questions.

Thank you.

Harry Zanville