# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
## __WESTERN__ DIVISION

Case Number: __03cv4110__                                  Date: __November 9, 2005__
Case Title: __Bauer__             vs. __BNSF__
JUDGE: Honorable __Donald E. O'Brien__                     Tape Number __602 & 618__

TIME IN COURT: Start __9:34__ a.m.   Adjourn __5:00__ p.m.
    Time in chambers _____
    Recesses __10:50 a.m. - 11:03 a.m.; 12:10 p.m. - 1:30 p.m.; 3:15 - 3:29 pm.__
APPEARANCES: Plaintiff __Charles Collins, Harry Zanville__
    Defendant __Don Munro, David Pryor - FRA appearing - Jon Kaplan__

Court Reporter __Michelle Shawhan__  Contract Reporter? Y  (If yes, provide copy to financial)
Interpreter _____ (Provide copy to financial & Chief Deputy)  Phone? Y/N
TYPE OF PROCEEDING:           Interpreter Language_____ Certified? Y/N
  A. HEARING:
    1. MOTION (Nature): __To Dismiss__
    2. ARRAIGNMENT: _____ INITIAL APPEARANCE: _____
      (a) Defendant plead guilty/not guilty to counts _____
      (b) Counsel retained/appointed: FPD/Other _____
    3. PLEA: Defendant plead to counts _____
      Defendant detained/released pending sentencing.
    4. SENTENCING: Objections to PSIR _____
      Adjusted Offense Level: _____       Criminal History: _____
      Sentence: (See J & C Order)
      Counts dismissed: _____
      Defendant detained/released and shall report _____
    5. OTHER HEARING: _____
  B. TRIAL: Jury ____ Non Jury ____ Contested Sentencing ____ Prelim.Inj./TRO ____
WITNESS CALLED/EXHIBITS INTRODUCED (See attached sheet): __Plaintiffs witnesses: Mike Heynes (BNSF); Paul Byrnes__
MOTIONS RULED ON BY THE COURT: _____
  A. Docket #s __8 & 71__
    (1) Ruling __Reserved__

    (2) Order to follow: Yes __X__  No ____
  B. Docket #s _____
    (1) Ruling _____

    (2) Order to follow: Yes ____  No ____
DEADLINES: 1. TRIAL _____       2. PRETRIAL MOTIONS _____
3. SENTENCING _____              4. PRETRIAL CONF. _____
5. DETENTION HEARING _____       6. PRELIMINARY HEARING _____
7. OTHER _____
MISC: _____
                                                    __Cory Rooney__