**Page 1**

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF IOWA
                   WESTERN DIVISION
```

Thomas Bauer, Kenneth Johnson, Charles Leonard, James P. Manna, Reginald Nelson, Anthony Pierce, James Prevail, David Ransford, James Sandman, Craig Walsh, United Transportation Union Local 418, Cameron Polly, David Ohlrich, J.B. Linneman, Robert Hogeboom, Brent Hildahl, William Dahna, Randall Anderson, Burlington Northern System Federation of the Brotherhood of Maintenance of Way Employees, Burlington System Division of the Brotherhood of Maintenance of Way Employees, Steven Derry, Perry Bochmann, John Turner, John Doe(s),

　　　　　　　Plaintiffs,　　　　No. 5:03-cv-04110-DEO

　　vs.

Burlington Northern Sante Fe Railroad Company,

　　　　　　　Defendant.

　　　*　　*　　*　　*　　*

Transcript of proceedings held at the Sioux City Federal Courthouse on the 10th day of November, 2005, commencing at 8:30 a.m.

　　　*　　*　　*　　*　　*

Before:　Senior Judge Donald E. O'Brien

　　　*　　*　　*　　*　　*

**Page 2**

### APPEARANCES

Charles A. Collins
Attorney at Law
411 Main Street, Suite 410
Saint Paul, Minnesota 55101

and

Harry W. Zanville
Attorney at Law
500 West Harbor Drive, Suite 1213
San Diego, California 92101　　for Plaintiffs.

David Pryor
Attorney at Law
2500 Lou Menk Drive, AOB-3
Fort Worth, Texas 76131

and

Donald J. Munro
Attorney at Law
901 New York Avenue, NW
Washington, DC 20001　　for Defendants.

Jonathan Kaplan
Attorney at Law
1120 Vermont Avenue, NW
Mail stop 10, Room 7006
Washington, DC 20590　　for Federal Railroad.

Transcript ordered the 22nd day of November, 2005.
Transcript delivered the 29th day of November, 2005.

**Page 3**

### INDEX

| Witness: | Page |
|---|---|
| JAMES P. MANNA | |
|   Direct Examination by Mr. Collins | 6 |
|   Cross-Examination by Mr. Munro | 29 |
|   Redirect Examination by Mr. Collins | 30 |
|   Recross-Examination by Mr. Munro | 34 |
| JAMES B. LINNEMAN, JUNIOR | |
|   Direct Examination by Mr. Collins | 41 |
|   Cross-Examination by Mr. Munro | 59 |
|   Redirect Examination by Mr. Collins | 62 |
| RAY L. LINEWEBER | |
|   Direct Examination by Mr. Collins | 67 |
|   Cross-Examination by Mr. Munro | 76 |
|   Redirect Examination by Mr. Collins | 78 |
| CRAIG E. WALSH | |
|   Direct Examination by Mr. Collins | 84 |
|   Cross-Examination by Mr. Munro | 100 |
| WILLIAM C. DAHNA | |
|   Direct Examination by Mr. Collins | 104 |
|   Cross-Examination by Mr. Munro | 120 |
|   Redirect Examination by Mr. Collins | 123 |
| STEVE DERRY | |
|   Direct Examination by Mr. Collins | 129 |

**Page 4**

Index continued

| Exhibits: | Offered | Received |
|---|---|---|
| Plfs' 1-39 | 134 | 135 |