# Declaration of Kenneth Johnson

My name is Kenneth Johnson, I reside at 2615 South Helen Sioux City, Iowa 51106. I have been a trainman / switchman / brakeman, conductor with BNSF for over 20 years. All or most of my service has been in the Sioux City area, working out of the Sioux City Terminal to Lincoln, Sioux Falls, or Willmar. I have always tried to do air tests the way we were taught to do them, and to do pre-departure inspections, the same way; to set out most bad orders, certainly those with safety appliance or anything to do with brakes. Mr. Heyns gets angry with anybody out there who tries to follow the standard procedures (or what is supposed to be standard), and he has been after me for years. He accuses me of malicious air tests and malicious switching out bad orders, or being insubordinate. You are insubordinate, that is, if you don't obey his instruction to skip or short-circuit the required tests and inspections.

In 1992, 1993, between 1992 and 1993 there was constant pressure about us doing air tests, because then it took longer to get the trains out of town and on line. Myself, Bauer, Swenson, Sorkowski, Reggie Nelson, others were persecuted for doing it. There was just a lot of pressure from Heyns, because some of us wouldn't go along with it. When the FRA agent came to Sioux City to talk to Gary Swensen and myself, we explained we were not suspended and fired, for the caboose incident but from local chairman and MG Heyn's meetings fired and suspended for malicious air tests and maliciously living up to rules, the agent said "This is when company's will get even with employees their not happy with when something happen's that will open you up for discipline etc". I was fired for 43 day's, Swensen suspended for 30 days. He was not interested in more information and was not going to do anything about it.

In 1993 Heyns brought me up on charges I had spotted a train with the cabosse too close to a crossing. There are probably close to a dozen crossing accidents a year in this area, and that is the only one where Heyns ever held an investigation on anybody, in all these years. I heard his testimony about there was no other "rule violation" in the couple hundred or so other accidents and that is just not true. Just about any crossing accident will implicate a rule or two, or several, and some are serious, but they are never investigated or charged, because the company does not want open themselves to a claim by the motorist. Everyone in the Terminal area knew why Heyns was after me and that it had nothing to do with that crossing and everything to do with my doing proper air tests. And most of them got the message alright. And everybody got the message when Heyns was going to fire Linneman.

Johnson Declaration Edited

EXHIBIT 45

1

After I had been fired, and had been off some months, Heyns called me up one day, and said he was thinking about reinstating me, and to come down and talk to him. I did. Sat down in his office and he said he had to know if I had learned my lesson, and whether I was ready to go back to work. He pulled out a stack of papers, and read from one. It was standard conductor's delay report. He said I did air test at such and such a place, took out this car and that car, and slowed departure. I asked to see the paper, and remembered the day, I explained carefully to him what was wrong with the cars, and what went on, why it had to be done. He showed me more train records and I explained on each what was being done. Then Heyns took the stack, he was getting more and more angry, slapped them down, and said well I can see there is no remorse, and you are not ready to go back to work. So I stayed fired for some more months, because he wanted me to say something like oh I won't ever do those tests or switch out bad orders again, and I wasn't' going to say it. Only the union and superintendent got me back. Heynes would have left me fired forever.

This continues to be the practice to today. I was suspended me for 10 days in 2003, officials Ruby and Heyns believed I was too long in the round house. I had been waiting for the "Hammerhead" (train orders and instructions we can't leave town without, can't go on track without authority) This is dark territory and the computer was down or half down wasn't giving us complete orders. That didn't matter to him.

I can remember not long back, myself, Stan Sorkowski, and Reggie Nelson, in a pouring rain, inspecting and switching out bad orders. One was a big flat car I remember, with a load of pipe, load was loose, not strapped down. Very dangerous, and that's just one of the cars. Anyway, Heyns was out there screaming to get out of town, let it go, and all that, like he does. All I can ever say, is "I'm doing my job, Mike".

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on:      (date)

*Kenneth Johnson*

Johnson Declaration Edited

2

# Declaration of Bart Hildahl

My name is Bart Hildahl, 29433 Diamante Drive, Sioux City, Iowa 51109. I have been in train and engine service for BNSF for over 33 years, and live in Sioux City, Iowa. All my work has been out of the Sioux City, Iowa, terminal area and tracks leaving there. I heard the testimony of Manna, Walsh, Derry and Dahna, and that is all true, everything they said about unsafe practice I can confirm from my own experience here. That's how it is here.

My main reason to testify was because of a job meeting with Mr. Heyns in Sioux City Yard. I was working as a utility man doing a initial terminal air brake test. Mr. Heyns drives up to me in company vehicle. He asks me how long before this train is ready to leave. My answer was, "I have 20 cars left on this side, and have to walk the other side of this 110 car train". He then told me "we only do one side of the trains in Sioux City". I then quickly turned and walked away from his vehicle so there would be no discussion about him wanting me to break an air test rule. I pretty well knew he was about to tell me to break an air test rule and I didn't want to have to say no, or protest. That's what he's known for. If a verbal protest from me would have taken place I feared an investigation would have been called on me for his favorite violation, which is: for being "combative" or "insubordination".

There is another incident I know about. It was some years back, not long after Mr. Heyns started as trainmaster here, back in the 80's. We had a derailment in North Sioux City yard, in [South Dakota] ~~Nebraska~~ [But] a tank car loaded with sulphur (haz-mat) was damaged. Heyns did not get a contract hazmat team out to remove the product load, (which would be standard procedure) instead he just parked the damaged car there in that yard; he was going to

Hildahl Declaration EDITED 2                                    1

bury it in the yard. That city found out about it and refused to allow it. Heyns then moved it over to Sioux City Iowa, and parked it in the yard, just left it there, for a year maybe.

Then one night he got another trainmaster, and they buried that car in Sioux City yard property, in Sioux City Iowa less than a mile from the city well, and 20 yards from a creek. It is still there today. I have a couple exhibits on this. One is a newspaper article (No. 41) from when the North Sioux City council was trying to get the car moved out of their town, because it would leak out this hazmat into the ground water. Also, a car shipping document with that tank car number and other information. That is No. 40. It says the car was disposed of in Sioux City terminal at that time.

*No. 40 is a computer print out of the disposal of that car.*
*It says "GATX 92116" that is the car number,*
*Then it has "TO POFF AT 07109"*
*"POFF" means "put off on-line and car no longer exists"*
*"07109" is the code for Sioux City Station*
*So the entry is, the car was disposed of in Sioux City.*
<u>Standard</u> procedure for disposal would have been a contract hazmat team would remove the product, and Carmen would cut up the car w/torches; then the scrap would be hauled away or put in a scrap pile.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on:*           *(date)*        ___Bart Hildahl___
                                          Bart Hildahl

EXHIBIT 46

```
O                    ENTER KEYBOARD DATA
A9
GATX 92116
REG
K107109 0010 0500 06/06/84 U455
***TASK A9 Y107109 Y107109 REG N272 MPJ
CAR INQUIRY RESPONSE
GATX 92116 IS      850    U    DESTN         FOR MARTREINDCHE DELD 07 0112
TO POFF AT 07109                POOL P0403
END
```

EXHIBIT 4D

# $100 Donors To Be On Plaque



Dr. Paul McAreavey, left, representing the Elk Point Library Association received a check for $100 from Jerry Klumper, head of the Elk Point Education Association. The donation will be used to help furnish the interior of the new library. A total of 56 businesses and individuals have each donated $100 or more to the new library. Their names will be inscribed on the plaque shown with McAreavey and Klumper. The commemorative plaque will accomodate a total of 99 contributors of $100 or more.

3-22-84

EXHIBIT 41

# The

One Hundred Fourteenth Year, No. 34    Official City Pap

## Quasqui Centennial Update

**ANNOUNCE BEARD CONTEST CATEGORIES**

The Elk Point Quasqui Centennial beard contest is underway. Beard contest chairmen Kevin Wurtz and John Slattery have announced the various categories.

Contestants who started their beards before January 1, 1984, will compete in two categories. Wildlife habitat or the longest and bushiest beard is one contest. The second contest will be won by the contestant with the best groomed beard.

All beards started after January 1, 1984, will be judged in the following categories: 1. most becoming (handsomest); 2. longest; 3. most unusual, and 4. nice try.

A panel of women will judge the contests. Kelly Rosenbaum, Miss South Dakota USA 1983,

## Selected To Attend Hugh O'Brian Youth Foundation Seminar

An outstanding sophomore at Jefferson High School and Elk Point High School have been selected for nomination to attend the Hugh O'Brian Youth Foundation (HOBY) South Dakota Leadership Seminar.

Helen Peery, Jefferson High School, and Kimberly Morrow, Elk Point High School, both 15, were selected for their potential leadership ability, cooperation with others, sensitivity to the needs of others, the ability to relate to new pursuits and acquaintances and the desire to learn and share knowledge with others.

The girls were selected in competition open to all sophomores at their respective Schools. They will be eligible to attend a three day, expenses

## Derailed Tank Car Still Located In North Sioux City

by Paula A. Damon

The sulphur-filled tank car located in the west railroad yard near Highway 105 in North Sioux City, will remain there for some time according to a Department of Water and Natural Resources spokesman.

In a phone conversation with the state agency, State Representative Roland Chicoine learned that Burlington-Northern is in the process of finding a site between Huron and Watertown to bury the tank.

When a plot is located, the railroad must send a recommendation to the state. A hearing will then be held to determine the state's approval or disapproval on the selected dump site. A waste dump permit must also be granted.

According to a qualified chemist, liquified raw sulphur that has been solidified can be potentially hazardous if exposed to specific elements.

When solidified sulphur is exposed to extreme heat, it becomes a potential fire hazard. In addition, certain bacteria that consume sulphur create sulphur-dioxide and hydrogen sulfide.

The chemist also noted that the sulphur is only insoluable if it has not undergone any chemical changes when in its liquid state.

The land where the sulphur-filled tank car has been dumped in North Sioux City is a future industrial development site. A baking company and an elementary school are within close proximity of the tank car.

Concerned citizens are encouraged to contact Bob Newfeld, Department of Water and Natural Resources in Pierre, and/or Thomas Patnode, Regional En-

## Mary Edelen To Seek Reelection



Mary B. Edelen

State Representative Mary Edelen of Vermillion, has nounced that she will seek election to the State House Representatives from renuml ed District 17, Clay and Sou ern Union Counties.

Edelen is a member of the portant House State Affairs Judiciary Committees to w many of the important issues referred in the Legislature.

In making her announcem Edelen stated, "It is an extr honor to serve the people of area in the Legislature. Du each session, legislation is in duced which directly imp Clay and Union Countie would very much like to co ue the efforts of bringing ir try into this area, improvin{ educational system and he to solve the state's water 1 lems."

Rep. Edelen is active in 1 local and national organizat including PEO, Brownie Sc Zeta Phi Eta, USD Comm Education Advisory Comm SECOG, National Order of men Legislators and the U Church of Christ.

Weather Summa

# Declaration of James Prevail

My name is James Prevail, I reside at 1203 La Plante Street Sioux City, Iowa 51109. I have been a trainman for BNSF for 30 years. I retired a few months ago. I heard the testimony of the others at court, as to and it was accurate information. That has been my experience also.

When the Carmen were moved out of town, after that, and we trainman started having to do car inspections, BNSF did give us a little bit of training. A car department official gave us a talk, on the bad order things to look for, and said generally, if anything looks bad at all, looks like it might be a problem, take it out. It is a judgment call, and you should err on the side of safety. I remember it clearly, those were his words. Most of us tried to follow that, but right away, Heyns was telling us just the opposite-skip it, cut it short, don't switch em out.

These days I have seen a air tests as short as two minutes: just get in a pick up truck, and drive 30 mph, down the side of the train. They can't really see a darn thing. I have even had yardmasters sign my name to an air test form. Pretty much anything goes there.

In the little training we got, we were told, among other things, to switch out cars with open doors on the bottom of hopper cars doors hanging down close to track. So I did, but then Heyns was ordering me not to do it, just let them go. So I had him sign a note for me, that this was his order, and he was the one who thought it was OK, not me. Exhibit number 42 & 43 here, is a copy of that note and another. A note, from union officer Sandman Exhibit 44, says this is for my own protection.

On one occasion Mr. Heyns has ordered me to do a "drop". That is what used to be known as a "flying switch", I said I did not think I should be doing that, and he did not force me, but he did not like that I challenged his authority.

A drop is never a recommended practice, it is allowed in a few instances, if the siding is a downhill, but the places we were working were not like that at all. I was pretty nervous telling him I would not do it, because I know he gets back at people who don't go along with him on blowing off the rules.

At safety meetings with other officials, we have been told "there is no reason to ever drop cars" Doing a drop used to be a practice, but BNSF finally outlawed it except in rare spots. It is dangerous.

He has told me on car inspection I was doing too good a job, and to back off. Mr. Heyns has jumped me about setting out bad orders, that it slows down the departure time. Heyns wants a five minute air test here, and most of the time he gets it. You can't do a real air test in less that 30 to 40 minutes at best. But I know we have had incidents. Hand brakes left on cars on outgoing trains is a common problem.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12-22-05 (date)

James C. Prevail
James Prevail

**EXHIBIT 47**

1/29/99

Jim,

Per our conversation today, I don't interpret GCOR 1.33 and NSTH 101.6.3 to require bad ordering + removing from trains open top hopper cars with bottom doors open if they aren't below 3" ATR.

MyH

TOTAL P.05

EXHIBIT
42

GCOR

1.33

ABTH 101.63

Jim - I don't interpret the
rules to CC hatch covers +
bottom gates.

Mike Kleny /19/


Best Western
DOUBLEWOOD
INN
FOR RESERVATIONS CALL:
FARGO
3333 South 13th Ave. • (701) 235-3333
TOLL FREE 1-800-528-1234

EXHIBIT
1 43

Jim

    Per conversation with Heyns Open doors on Rock cars are not B.O.. This complies with the FRA but not with the Company Policy Per previous conversation with D. Jengen

Hvs Terminal, his Policy.

    Keep the copy he wrote for your own Protection. Spread the word.

                        Jim Sandman



EXHIBIT 44

TOTAL P.06

November 26, 2005

**Re: Declaration of Anthony Q. Pierce**

My name is Anthony Q. Pierce; I live at 16998 305th St., Sioux City, IA. I listened to the testimony of Mr. Manna, Dahna, Walsh and Derry, and having worked in and out of the Sioux City Terminal area for over 25 years. I agree they gave a good description of the environment in the Sioux City yards, under trainmaster Heyns, who is the senior trainmaster and sets the tone and practices for the junior trainmasters and yardmasters.

I was present at the safety meeting (approximately six or seven weeks ago), after Roger Amick's life threatening accident on the job. Mike Heyns discussed Roger's injury and how it happened. Mike Heyns said that he didn't know about the new Rule: Item 23 of System Special Instructions, All Subdivisions No. 10-Remote Control Operations. He also stated that he didn't think anyone in the subdivision was aware of the rule at the time of Roger's injury. This new rule had been in effect for several months prior to Roger's accident. It didn't surprise me that Mike didn't know about the rule, but typically Mike wouldn't openly admit to his own short comings of not knowing the rules. Being one of the few persons qualified, it is Mike's job to certify the training of Remote Control Operators (ROC), a new experimental program. It occurred to me how accustomed the employees have grown to the trainmaster's disregard of safety and the rules here at the Sioux City terminal. Many times Mike Heyns does not know the Federal or BNSF safety or work rules. Sometimes because of his knowledge, or lack of knowledge, the safety and work rules, he will demand that an employee or employees disregard a safety rule, or portions of a safety rule that is mandatory to completing the job safely. In my opinion, Mike Heyns, a certifier for the Remote Control Operators failed to know the safety rules which resulted in a needless tragedy for a young and viable employee.

I was present at a meeting concerning rules with Mike Heyns and Ken Johnson. Ken Johnson had been taken out of service indefinitely for a work rule violation. At the time of the meeting, Ken Johnson had already been out of service for greater than twenty-five days. Mike Heyns' questioned Ken about things that didn't pertain to the particular rule violation and Ken answered truthfully. Mike Heyns stated that he thought Ken Johnson "Just wasn't ready yet; maybe he should come back when Ken was ready". It was evident that Mike Heyns was using this situation to alter Ken's work practices.

I was present when James Prevail was scolded in the lunch room in front of all of his peers about submitting time slips. Mike Heyns aggressively insisted that the time slips were "dishonest and fraudulent". Mike Heyns' agressive outburst resulted in James' wanting clarification of Mike Heyns' statement. Mike Heyns refused to clarify but told James to go back to his job and work safely. A confrontational, demeaning situation such as the one with James, that I witnessed, was between James and Mike and should have taken place in Mike Heyns' office which was approximately twenty yards away.

I also was confronted by Mike Heyns about flat spots on an engine in the lunch room in front of my peers. I gave a logical explanation of why flat spots were occurring that

included reiterating a bulletin that had been posted by management about tying engines to cars standing on tracks. After my lengthy explanation, Mike Heyns asked me to come to his office. Once in his office, Mike Heyns aggressively demanded that I apologize for belittling him in front of my peers. At that point, I unwillingly apologized for something that I did not feel I had done because I was under a level S suspension for insubordination (wearing my wedding ring on the job) for which I had just come back from a fifty day suspension from work.

Four years ago I was working job LTW16671 and the crew office called me during my rest before the return trip back to the Sioux City terminal. The crew caller informed me that the job was going to be abolished upon return. I asked the Local Chairman of B.L.E. why the local to Mitchell SD was abolished and he told me that Mike Heyns didn't think that it needed to be an assigned job and that the extra board would handle it. In reality, the job was taken off assignment and continued running and be worked by extra board employees for approximately one and a half years. During this time, the job had not been servicing businesses on the line as our established crew had been previously. Tom Bauer, Jack Winkelman and myself were not allowed to exercise our seniority and were deprived of one and a half years of income at a higher rate. Consequently, our crew was accustomed to working together as safely as possible was forced to work other jobs we were unfamiliar with which was more physically demanding and stressful. Because the job continued for quite some time after being abolished, it is felt that Mike Heyns exercised his authority in a vindictive manner that was aimed at our established crew. I personally experienced physical, mental and financial loss due to Mike Heyns' decision to abolish job LTW16671, the local job that I had seniority to hold.

In my opinion, Mike Heyns did not ensure the integrity of established safety and work rules and abused his authority with employees. In addition, the Federal Railroad Association (FRA) failed to govern violations that were occurring at the Sioux City terminal. It appears that Mike Heyns' job responsibilities has outweighed the established safety and work rules by which railroad employees are expected to follow. Like all railroad employees, he should also be held accountable for his actions and be cited for violations of both company rules and FRA rules.

Thank you in advance for your attention toward this matter.

Sincerely,


Anthony Q. Pierce,
BNSF Operating Engineer

*[signature: Anthony Q Pierce]*

EXHIBIT 48