IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Thomas Bauer, et al.,**<br>　　　　Plaintiffs,<br>v.<br><br>**Burlington Northern Santa Fe Railroad Company**<br>　　　　Defendant. | No. C03-4110 DEO<br><br>**SUPPLEMENT TO FILING #92 PLAINTIFFS REPLY TO STATUS REPORT OF DEFENDANT** |

　　　　Supplementing their Reply to the "Status Report" filed, Plaintiffs submit the attached Memorandum of Paul Byrnes, former FRA enforcement attorney who testified at the hearing before this Court on Nov. 9th, 2005. His qualifications were set forth at that time. This document: (1.) describes in detail what an adequate, effective response would require at present under the facts of this case, based on his experiences in past years at FRA, and (2.) provides specific comments establishing that the direct involvement of FRA counsel and the "listening post" suggestion are both very unusual and <u>not</u> standard procedure at FRA, in such situations. It further establishes that the "listening post" (besides being redundant where a record already exists), would be harmful as structured with several BNSF high ranking officials present during the interrogations. It would assure more intimidation, in a case where intimidation is one of the principal complaints. Plaintiffs particularly direct the Court's attention to the dramatic differences between the effective response, described at p. 2-5 of Mr. Byrnes memorandum and the "listening post" proposed by BNSF and FRA.

　　　　Plaintiffs also respectfully inform the court they are utilizing every source and contact they have to communicate directly with, and urge appropriate and effective action by FRA in this matter, and will keep the Court informed as to any process.

Dated <u>January 9th , 2006</u>

　　　　　　　　　　　　　　　　　　　　　<u>s/ Charles A. Collins</u>
　　　　　　　　　　　　　　　　　　　　　Charles A. Collins #0017954
　　　　　　　　　　　　　　　　　　　　　411 Main Street, suite 410 St. Paul, MN  55102
　　　　　　　　　　　　　　　　　　　　　Phn. 651-225-1125 / Fax. 651-225-1153