IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

THOMAS BAUER, et al.,

    Plaintiff,                                                                 No. 03-CV-4110

v.

BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY, a
Delaware Corporation,
    Defendant.

_____

## SUPPLEMENT TO FILING #92
## PLAINTIFFS REPLY TO STATUS REPORT OF DEFENDANT

Dated January 9, 2006

                                                  Respectfully submitted,

                                                  /s/ Charles A. Collins
                                                  Charles A. Collins *#0017954*
                                                  CHARLES A. COLLINS, P.A.
                                                  411 Main Street, Suite 410
                                                  St. Paul, MN 55102
                                                  (651) 225.1125

                                                  Harry A. Zanville
                                                  500 West Harbor Drive #1213
                                                  San Diego, CA 92101

                                                  Scott H. Peters
                                                  PETERS LAW FIRM, P.C.
                                                  233 Pearl Street   P.O. Box 1078
                                                  Council Bluffs, IA 51502-1078
                                                  Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on January 9, 2006 I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system that will send notification of such filing to the following:

David Pryor
The BNSF Railway Company
2500 Lou Menk Drive, AOB-3
Fort Worth, TX 76131-2828
Telephone: (817) 352-2358
Facsimile: (817) 352-2399
david.pryor@busf.com

Mary Funk
Thomas Cunningham
NYEMASTER, GOODE, WEST, HANSEL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
mef@nyemaster.com

Donald J. Munro
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dmunro@goodwinprocter.com