IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Thomas Bauer, et al.,<br>   Plaintiffs,<br>v.<br><br>Burlington Northern Santa Fe<br>Railroad Company<br>   Defendant. | No. C03-4110 DEO<br><br>2D SUPPLEMENT TO FILING #94<br>PLAINTIFFS REPLY TO STATUS<br>REPORT OF DEFENDANT |

  Plaintiffs above named respectfully submit this second exhibit supplementing filing number 94 their Reply to BNSF's "Status Report (filing number 92). This is the Dec. 23rd, 2005 letter of Mr. Ray Lineweber, (who also testified at the hearing on November 9-10 before this court), to Ms. Jo Strang, a ranking official in the FRA Safety Enforcement Office to whom Mr. Lineweber appeals directly for immediate action in this matter. This proposes constructive alternatives to the wasteful and pointless "listening post" involving only the Plaintiffs.

Dated <u>January 10, 2006</u>

            <u>s/ Charles A. Collins</u>
            Charles A. Collins #0017954
            411 Main Street, suite 410 St. Paul, MN 55102
            Phn. 651-225-1125 / Fax. 651-225-1153