IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

THOMAS BAUER, et. al.,

    Plaintiffs,

vs.

BURLINGTON NORTHERN SANTA FE
RAILROAD COMPANY,

    Defendant.

**No. 03-CV-4110**

**ORDER**

This matter is before the Court pursuant to, "Plaintiff's Combined Motion to Reschedule and Extend Evidentiary Hearing, Reconsideration, and for Stay on All Appeals" (Docket No. 45). The Court has reviewed the entire docket in this case and is persuaded that the relief sought by this motion is now a moot issue.

**IT IS THEREFORE HEREBY ORDERED** that the, "Plaintiff's Combined Motion to Reschedule and Extend Evidentiary Hearing, Reconsideration, and for Stay on All Appeals" (Docket No. 45) is hereby **denied as moot**.

**IT IS SO ORDERED** this 30th day of March, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa