IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

THOMAS BAUER, et al.,

    Plaintiff,

vs.

BURLINGTON NORTHERN SANTA FE
RAILROAD COMPANY,

    Defendant.

**No. 03-CV-4110**

**ORDER**

Defendant filed a motion to dismiss (Docket No. 8) plaintiffs' amended complaint early in this case. Since that time, the Court has allowed plaintiffs to amend their complaint; and defendant has filed additional dispositive motions, including another motion to dismiss (Docket No. 71), which is currently pending. The issues now before this Court are outlined in plaintiffs' second amended complaint at Docket No. 69. Because several amendments have been made to the original complaint and some of the issues have been resolved through amendment, the Court will deny defendant's motion to dismiss at Docket No. 8.

The Court understands that there is some overlap in the issues addressed in the initial motion to dismiss and the motion to dismiss currently pending at Docket No. 71. In

dismissing defendant's motion to dismiss at Docket No. 8, the Court will not disregard defendant's briefs or arguments submitted thus far when deciding the issues now before it.

**IT IS THEREFORE HEREBY ORDERED** that defendant's motion to dismiss (Docket No. 8) is **denied**.

**IT IS SO ORDERED** this 28th day of September, 2007.

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

2