IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Thomas Bauer, et. al. , )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>Burlington Northern and )<br>Santa Fe Railway Company, )<br>        Defendant. ) | Case No. 5:03-cv-4110 (DEO) |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** Plaintiffs United Transportation Union Local, 418, et al., and Defendant Burlington Northern and Santa Fe Railway Company pursuant to Fed. R. Civ. P. 41(a) (1)(A) (ii) who together file this Joint Stipulation of Dismissal, hereby dismissing without prejudice all claims and actions as set forth by the Plaintiff and all claims and counter claims, if any, as set forth by the Defendant in the above-captioned matter. Each party is to bear its' own costs and attorney fees. In accordance with Rule 41(a) (2) this joint Stipulation of Dismissal is signed below by representatives of all parties who have appeared in this matter.

Dated: September 22nd 2008

*/s/ Donald J. Munro*
*Donald J. Munro*, D.C.
Bar No. 453600
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001
202-346-4000

*/s/Scott H. Peters,*
Scott H. Peters, #PO0004327
Peters Law Firm, P.C.
233 Pearl St. PO Box 1078
Council Bluffs, IA 51502-1078

1

| | |
|---|---|
| */s/ Charles Shewmake*<br>*/s/ David Pryor- Law Dept*<br>BNSF<br>2500 Lou Menk Dr.<br>PO Box 961039<br>Ft. Worth, TX 76161-0039 | */s/ Harry Zanville*<br>Harry Zanville<br>500 West Harbor Drive #1213<br>San Diego, CA 92101 |
| */s/Mary E. Funk*<br>*/s/Thomas M Cunningham*<br>Nyemaster Goode Voigts West<br>Hansell & O'Brien, PC<br>700 Walnut Suite 1600<br>Des Moines, IA 50309 | */s/ Charles A. Collins*<br>Charles A. Collins, P.A. #MN0017954<br>411 Main Street Suite 410<br>St. Paul, MN 55102 |

2